HELEN LEACY, as Administratrix, etc., of GEORGE LEACY, Deceased, Respondent, v. RICHARDSON SCALE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. We think defendant's failure to move for the relief asked for for a period of nearly two years constitutes such laches that the order should be upheld. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ETHEL LEVINE, Respondent, v. ISIDORE BENGELSDORF, Appellant, Impleaded with HARRY J. HAWLEY, Defendant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LYON STORAGE COMPANY, Appellant, v. NORTH AMERICAN BREWING COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. We agree with the statement in appellant's points: " As has been pointed out, the parties agreed that there was a contract between them for the sale of bottles by plaintiff to defendant. The only issue on the trial was as to the number of bottles which plaintiff agreed to sell." This was a question of fact submitted to the jury on conflicting evidence, and we see no reason for interfering with the verdict. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ANNA B. MURPHY, Appellant, v. EDITH HOLMAN and Another, Respondents, Impleaded with Others, Defendants— Order of the County Court of Kings county reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. It is clear from the affidavits filed that the respondents were served with the summons and complaint. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

SARAH C. POTTER, Respondent, v. HOWARD M. POTTER, Appellant.— While the evidence of plaintiff is not very satisfactory, we think there was sufficient to justify the findings of fact made by the learned trial justice, and as the time limit of the separation has nearly expired, we have concluded to affirm the judgment. Judgment affirmed, without costs. Kelly, P. J., Young and Kapper, JJ., concur; Jaycox and Manning, JJ., dissent.

IDA ROSENBERG, Respondent, v. UNITED TEXTILE PRINT WORKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MAGNUS SACKS and Another, Respondents, v. LOUIS KORCHIN, Appellant.— Determination of the Appellate Term reversing the judgment dismissing plaintiffs' complaint and directing judgment for the plaintiffs in the sum of $485, with interest and costs, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMMIS & CLARK, INC., Respondent, v. ESTROSE REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.